```
 1  Plaintiff, Elmo Shropshire
    2521 Laguna Vista Drive
 2  Novato, CA 94945
    Phone: 415-897-7797
 3  Fax: 415-897-1691
    E-mail: docelmo@msn.com
 4  Pro Se

 5
    UNITED STATES DISTRICT COURT
 6  NORTHERN DISTRICT OF CALIFORNIA

 7

 8  Elmo Shropshire, d/b/a Elmo    ) Case No.: 10-01941
                                   )
 9  Publishing                     )  MOTION TO GRANT PERMISSION FOR
                                   )  PLAINTIFF TO E-FILE.
10           Plaintiff, vs.        )
                                   )
11  Aubrey Canning, Jr.,           )
                                   )
12  & YouTube, Inc.                )
                                   )
13           Defendants

14  ─────────────────────────────────

15  I, Elmo Shropshire, declare that I am the Plaintiff representing

16  myself in this action; that I hereby request permission to

17  electronically file and serve my documents. I state that I am

18  able to comply with the equipment and rule requirements

19  governing electronic filing.

20  DATED: May 19, 2010

21                              Elmo Shropshire, Pro Se

22

23                          By: _____

24                              ELMO SHROPSHIRE, Pro Se, for
                                ELMO PUBLISHING
25
```

- 1 -

June 1, 2010                    By: _____
                                JAMES LARSEN,
                                UNITED STATES MAGISTRATE JUDGE



- 2 -