IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a<br>ELMO PUBLISHING, | Case No. 10-CV-1941 LHK |
| Plaintiff, | |
| v. | **ORDER APPROVING<br>TELEPHONIC APPEARANCE** |
| AUBREY CANNING, JR., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendant Aubrey Cannning, Jr.'s request to appear telephonically is granted.  Mr. Canning is directed to contact Court Call Conferencing at 866/582-6878 at least one week prior to the Case Management Conference set for October 6, 2010 at 1:30 p.m. to arrange his participation by telephone.

Dated:    9/10/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge