UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, D/B/A ELMO PUBLISHING,<br><br>        Plaintiff,<br>    v.<br><br>AUBREY CANNING, JR.,<br><br>        Defendant. | Case No.: 10-CV-01941-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS<br><br>(re: dkt. #68) |

Defendant Aubrey Canning, Jr. has filed a motion to dismiss Plaintiff's "Second Amended and Supplemental Complaint." *See* Dkt. #68. That motion is noticed for a hearing on June 9, 2011. The Court finds an expedited briefing schedule appropriate. Accordingly, Plaintiff's Opposition is due by Wednesday, April 27, 2011, and Defendant's Reply is due by Friday, May 6, 2011.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
LUCY H. KOH
United States District Judge