UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING,<br><br>Plaintiff,<br><br>vs.<br><br>AUBREY CANNING, Jr., and PATRICIA TRIGG d/b/a KRIS PUBLISHING<br><br>Defendants. | Case No. 5:10-CV-01941-LHK<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS |

WHEREAS, plaintiff Elmo Shropshire, d/b/a Elmo Publishing has consented to a substitution of attorney as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiff Elmo Shropshire, d/b/a Elmo Publishing hereby substitutes David F. Gross, Jeffrey E. Mitchell, and Stephen Chiari of DLA Piper LLP (US) as attorneys of record in place of Daniel S. Mount and Daniel H. Fingerman of Mount, Spelman & Fingerman P.C.

**IT IS SO ORDERED.**

DATE: April 13, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

-1-