UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, D/B/A ELMO PUBLISHING, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AUBREY CANNING, JR., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 10-CV-01941-LHK <br><br> ORDER GRANTING IN PART STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE REGARDING DEFENDANT'S MOTION TO DISMISS <br><br> (re: dkt. #73) |

On March 17, 2011, Defendant filed a motion to dismiss, which is noticed for a hearing date of June 9, 2011. On April 7, 2011, the Court set an expedited briefing schedule on that motion as follows: Plaintiff's opposition is due by April 27, 2011, and Defendant's reply is due by May 6, 2011. On April 13, 2011, Plaintiff filed a notice of substitution counsel, which the Court granted that same day.

The parties have now filed a joint stipulation to extend the briefing schedule and hearing date regarding Defendant's motion to dismiss on the ground that Plaintiff's new law firm (DLA Piper LLP) requires additional time to evaluate the lawsuit. *See* Dkt. #73. Plaintiff requests a May 18, 2011 deadline to file the opposition, while Defendant seeks to file the reply pursuant to Civil Local Rule 7-3 (i.e., not less than 14 days before the hearing date). The parties also jointly request

1

Case No.: 10-CV-01941-LHK
ORDER GRANTING IN PART STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE

1  a new hearing date that will allow sufficient time for Plaintiff to file its opposition by May 18,
2  2011.
3       The parties' stipulated request for an extension is GRANTED as follows.  Plaintiff's
4  deadline to file the opposition to the motion to dismiss is now May 18, 2011, while Defendant's
5  deadline to file the reply is now June 3, 2011.  The hearing on the motion to dismiss is continued to
6  Thursday, July 28, 2011 at 1:30 p.m.
7  **IT IS SO ORDERED.**

9  Dated: April 18, 2011　　　　　　　　　　　_Lucy H. Koh_____
10　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2

Case No.: 10-CV-01941-LHK
ORDER GRANTING IN PART STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE