UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, D/B/A ELMO PUBLISHING, <br><br>            Plaintiff, <br> v. <br><br> AUBREY CANNING, JR. AND PATRICIA TRIGG, D/B/A KRISS PUBLISHING, <br><br>            Defendants. | Case No.: 10-CV-01941-LHK <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT <br><br> (re: dkt. #76) |

Plaintiff filed a Second Amended and Supplemental Complaint ("SAC") on February 10, 2011. *See* Dkt. #61. Defendant Patrica Trigg represents that the SAC was served upon her on April 23, 2011, which would have made her response due on or around May 9, 2011. *See* Dkt. #76. However, Ms. Trigg requests a 90-day extension to respond to the SAC because a tornado passed near and destroyed her home. The Court finds an extension warranted.

Accordingly, Ms. Trigg's time to respond to the SAC is extended to August 9, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge