THE LANIER LAW FIRM, P.C.
Christopher D. Banys      (SBN: 230038)
Daniel M. Shafer          (SBN: 244839)
Nicholas S. Mancuso       (SBN: 271668)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
nsm@lanierlawfirm.com
2200 Geng Road, Suite 200
Palo Alto, CA  94303
Telephone:    (650) 322-9100
Facsimile:    (650) 322-9103

Attorneys for Defendant
AUBREY CANNING, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY CANNING, JR.,<br><br>Defendant. | Case No.  5:10-CV-01941-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTENSION OF HEARING DATE REGARDING DEFENDANT'S MOTION TO DISMISS |

WHEREAS, Plaintiff Elmo Shropshire, d/b/a Elmo Publishing and Defendant Aubrey Canning, Jr. have stipulated to an extension of the noticed hearing date currently set for July 28, 2011, regarding Defendant Canning's Motion to Dismiss, to allow Defendant to be represented by counsel at a hearing on August 25, 2011, or a date thereafter as required by the Court's calendar.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The hearing date for Defendant Canning's Motion to Dismiss shall be  August 25, 2011 at  1:30 p.m., and shall be followed by a Case Management Conference.

**IT IS SO ORDERED.**
DATE: June  3, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

[~~PROPOSED~~ ORDER]
CASE NO: 5:10-CV-01941-LHK          1