UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELMO SHROPSHIRE, D/B/A ELMO PUBLISHING, | ) ) ) | Case No.: 10-CV-01941-LHK |
| Plaintiff, | ) ) | ORDER REQUIRING PARTIES TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE BY MONDAY, AUGUST 22, 2011 AT 1:00 P.M. |
| v. | ) ) | |
| AUBREY CANNING, JR., | ) ) | |
| Defendant. | ) ) ) | |

In their August 18, 2011 Joint Case Management Statement [dkt. #82] at page 5, the parties state that "Elmo and Canning have consented to a Magistrate Judge." However, neither party has filed a "Consent to Proceed Before A United States Magistrate Judge," a form which is available on the Court's website at http://www.cand.uscourts.gov/civilforms.

Accordingly, by Monday, August 22, 2011 at 1:00 p.m., each party is ordered to file either a Consent or Declination to Proceed Before A United States Magistrate Judge form.

**IT IS SO ORDERED.**

Dated: August 19, 2011

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01941-LHK
ORDER REQUIRING PARTIES TO FILE CONSENT OR DECLINATION FORM