UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a/ ELMO PUBLISHING,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY CANNING, Jr., and PATRICIA TRIGG d/b/a KRISS PUBLISHING,<br><br>Defendant. | Case No. 5:10-CV-01941-LHK<br><br>**~~PROPOSED~~ ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL OF DEFENDANT PATRICIA TRIGG** |

Under this Court's Case Management and Minute Order, issued August 25, 2011, by September 8, 2011, the parties were to file a stipulation of dismissal with respect to Patricia Trigg. *See* Dkt. #87. However, if, by September 8, 2011, the parties are not able to file a stipulation of dismissal, they were to file a joint status report explaining why additional time is necessary and setting forth a new deadline by which they will file a stipulation of dismissal with respect to Ms. Trigg. While the parties have reached an agreement in principle, Mr. Shropshire has not yet had the opportunity to execute the Settlement Agreement and requests a 10-day extension. The Court finds an extension warranted.

//

-1-
~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL
5:10-CV-01941-LHK

Accordingly, the parties' time to file a Stipulation of Dismissal is extended to September 19, 2011.

**IT IS SO ORDERED.**

Dated: September 9, 2011

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH

United States District Judge