1  DAVID F. GROSS (Bar No. 083547)
   JEFF MITCHELL (Bar No. 22978)
2  DIANA HALL (Bar No.
   **DLA PIPER US LLP**
3  153 Townsend Street, Suite 800
   San Francisco, CA  94107-1957
4  Tel:  415.836.2500
   Fax:  415.836.2501
5  Attorneys for Plaintiff,
   ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING
6

7  PATRICIA TRIGG d/b/a KRIS PUBLISHING
   P.O. Box 654
8  Fayetteville, TN  37334
   Tel:  931.433.5661
9
   Pro Se
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING,<br><br>            Plaintiff,<br><br>     v.<br><br>AUBREY CANNING, JR., and PATRICIA TRIGG d/b/a/ KRIS PUBLISHING,<br><br>            Defendants. | CASE NO.  5:10-CV-01941-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEST\224728956.1

Plaintiff Elmo Shropshire, d/b/a Elmo Publishing, and Defendant Patricia Trigg, d/b/a Kris Publishing, through their respective counsel, respectfully stipulate to the dismissal with prejudice of all claims asserted by Mr. Shropshire against Ms. Trigg in this case. Mr. Shropshire and Ms. Trigg further stipulate that they shall each bear their own Attorneys' fees, expenses and costs associated with the aforementioned claims.

Dated: September 19, 2011

DLA PIPER US LLP

By /s/ Diana Hall
DIANA HALL
Attorneys for Plaintiff, ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING

Dated: September 19, 2011

LOEB & LOEB, LLP

By /s/ Brittany Adkins Schaffer
BRITTANY ADKINS SCHAFFER
LOEB & LOEB LLP
1906 Acklen Ave.
Nashville, TN 37212
Tel: 615.749.8301
Fax: 615.676.5195
Attorneys for Defendant, Patricia Trigg d/b/a Kris Publishing
(not yet appeared before this court)

**ORDER**

IT IS SO ORDERED.

Dated: October 7, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE