DAVID F. GROSS (Bar No. 083547)
JEFFREY E. MITCHELL (Bar No. 229785)
STEPHEN CHIARI (Bar No. 221410)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501
david.gross@dlapiper.com
jeff.mitchell@dlapiper.com
stephen.chiari@dlapiper.com

DIANA M. HALL (Bar No. 260410)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
diana.hall@dlapiper.com

Attorneys for Plaintiff
Elmo Shropshire, d/b/a Elmo Publishing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a ELMO PUBLISHINGl,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY CANNING, Jr.,<br>Defendant. | CASE NO. 5:10-cv-01941 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE & DISCOVERY DEADLINE**<br><br>As Amended |

Plaintiff Elmo Shropshire ("Plaintiff"), and Defendant Aubrey Canning, Jr. ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby STIPULATE AND AGREE as follows:

WHEREAS on August 25, 2011 the Court entered the Case Management and Minute Order (Dkt. No. 87, the "CMC Order"), ordering the parties to schedule private mediation no later than November 23, 2011, and setting the deadline for fact discovery on December 30, 2011, the deadline for filing of dispositive motions on January 19, 2012, the deadline for hearing on

1    dispositive motions by March 1, 2012 (Thursday at 1:30 P.M.), the Pretrial Conference on April
2    11, 2012, and the bench trial to begin on May 7, 2012;

3    WHEREAS, the Parties have met and conferred and attempted in good faith to comply
4    with CMC Order's mediation deadline and other deadlines;

5    WHEREAS, due to Parties' respective work obligations and Defendant's employment in
6    construction carpentry located near the remote town of Kapuskasing, Ontario, Canada, Plaintiff
7    and Defendant have been unable to schedule a mutually agreeable date for mediation prior to
8    November 23, 2011;

9    WHEREAS, Mr. Richard Collier has been assigned to mediate this dispute (Dkt. No. 96),
10   and Mr. Collier and the Parties have an initial telephone conference scheduled for November 10,
11   2011;

12   WHEREAS, the parties and Mr. Collier are each available for mediation on both January
13   19 and 20, 2012;

14   WHEREAS, if the mediation is unsuccessful, the Parties have agreed to depose Defendant
15   after the mediation while he is still in the United States, should the Court agree to extend the
16   discovery deadline to January 27, 2012, and the deadline to file dispositive motions to February
17   13, 2012, thus permitting the Parties to fully conduct discovery;

18   THEREFORE, the Parties respectfully request that in the interest of judicial economy,
19   pursuant to ADR Local Rule 6-5 and Civil Local Rules 7-1(a)(5) and 7-12, the Court continue the
20   mediation deadline and extend other deadlines in the CMC Order as follows:

21   1. The deadline for mediation as set forth under the ADR rules may be continued by
22      57 days from the current date of November 23, 2011 to January 20, 2012;
23   2. The close of fact discovery may be extended by 28 days from the current date of
24      December 30, 2011 to January 27, 2012;
25   3. The deadline to file dispositive motions may be extended by 21 days from the
26      current date of January 19, 2012 to ~~February 13, 2012;~~ February 10, 2012;
27   4. The final date for hearing dispositive motions may be extended 14 days from the
28      current date of March 1, 2012 to ~~March 17, 2012;~~ March 15, 2012;

-2-

5. The pretrial conference date remains set on April 11, 2012;

6. The bench trial date remains set on May 7, 2012.

IT IS SO STIPULATED.

Dated: November 7, 2011

    DLA PIPER LLP (US)

    By */s/ Diana M. Hall*
        DIANA M. HALL
        Attorneys for Plaintiff
        ELMO SHROPSHIRE

Dated: November 7, 2011

    THE LANIER LAW FIRM, P.C.

    By */s/ Nicholas S. Mancuso*
        NICHOLAS S. MANCUSO
        Attorneys for Defendant
        AUBREY CANNING, JR.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2011

    *Lucy H. Koh*
    HONORABLE LUCY H. KOH
    UNITED STATES DISTRICT COURT JUDGE