| | |
|---|---|
| 1 | DAVID F. GROSS (Bar No. 083547) |
| 2 | JEFFREY E. MITCHELL (Bar No. 229785) |
|   | STEPHEN CHIARI (Bar No. 221410) |
| 3 | **DLA PIPER LLP (US)** |
|   | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA  94105-2933 |
|   | Tel: 415.836.2500 |
| 5 | Fax: 415.836.2501 |
|   | david.gross@dlapiper.com |
| 6 | jeff.mitchell@dlapiper.com |
| 7 | stephen.chiari@dlapiper.com |
| 8 | DIANA M. HALL (Bar No. 260410) |
|   | **DLA PIPER LLP (US)** |
| 9 | 2000 University Avenue |
|   | East Palo Alto, CA  94303-2248 |
| 10 | Tel: 650.833.2000 |
| 11 | Fax: 650.833.2001 |
|   | diana.hall@dlapiper.com |
| 12 | |
| 13 | Attorneys for Plaintiff |
|   | ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELMO SHROPSHIRE, d/b/a ELMO PUBLISHING, | Case No.  5:10-CV-01941-LHK |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION AND DISMISSING CASE WITH PREJUDICE** |
| AUBREY CANNING, JR. | |
| Defendants. | |

[~~PROPOSED~~] ORDER GRANTING JOINT
STIP AND AGREED MOTION TO DISMISS;
CASE NO. 5:10-CV-01941-LHK

1    This Court has pending the Parties Joint Stipulation For Injunctive Relief and Agreed
2 Motion to Dismiss With Prejudice.
3    AUBREY CANNING, JR. consents to entry of an injunction that precludes him from
4 restoring to YouTube and all other Internet websites and publishing in any other way his
5 December 2009 video featuring The Irish Rovers' rendition, and from using any version of
6 the Grandma song in any manner.
7    Having considered the matter,
8    IT IS HEREBY ORDERED that the JOINT STIPULATION FOR INJUNCTIVE
9 RELIEF AND AGREED MOTION is GRANTED and this matter is DISMISSED with
10 prejudice, each party to bear its own costs and attorney fees:

Dated: January 20, 2012

*Lucy H. Koh*
The Hon. Lucy H. Koh
United States District Judge